1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN STRETCH (CSBN163973)
   Chief, Criminal Division

   **E-Filing**

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney

5

6  450 Golden Gate Ave.
   San Francisco, CA 94102
   Telephone: (415) 436-7359

7  Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

8

   Attorneys for Plaintiff

9

                IN THE UNITED STATES DISTRICT COURT

10

                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12                                          )    No. CR   07-90375 misc mmc
                                            )
13  IN RE: IN RE: MATTER OF EUGENE          )
14  ORIAIFO and MICHAEL EKPENIKE            )
                                            )    [~~PROPOSED~~] ORDER
15                                          )
                                            )
16                                          )
                                            )
17  _____

18       Upon application of the United States, and upon review of the Letter of Request, from

19  Denmark seeking evidence for use in a judicial proceeding in Denmark and the Court having

20  fully considered this matter,

21       IT IS HEREBY ORDERED, pursuant to the authority conferred by 28 U.S.C. § 1782 and

22  this Court's inherent authority, that Assistant United States Attorney Denise Marie Barton is

23  appointed as a Commissioner of this Court and is hereby directed to execute the Letter of

24  Request as follows:

25       1.    take such steps as are necessary, including issuance of commissioner's subpoenas

26  to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

27       2.    provide notice with respect to the collection of evidence to those persons

28  identified in the request as parties to whom notice should be given (and no notice to any other

1 | party shall be required);

2 |     3.    adopt procedures to collect the evidence requested consistent with its use as
3 | evidence in a proceeding before a tribunal in Denmark, which procedures may be specified in the
4 | request or provided by the requesting court or authority or by a representative of Denmark;

5 |     4.    seek such further orders of this Court as may be necessary to execute this request;
6 | and

7 |     5.    certify and submit the evidence collected to the Office of International Affairs,
8 | Criminal Division, United States Department of Justice, or as otherwise directed by that office
9 | for transmission to the requesting court or authority.

11 | IT IS FURTHER ORDERED that, in collecting the evidence requested, the
12 | Commissioner may be accompanied by persons whose presence or participation is authorized by
13 | the Commissioner, including, without limitation, special agents of the Federal Bureau of
14 | Investigation and/or representatives of Denmark.

16 | DATED: AUG 20 2007

*[signature]*
UNITED STATES DISTRICT JUDGE